# United States Bankruptcy Court
## for the District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Key Plastics L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Key Plastics Technology, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**Tax-I.D. No. 35-1997449** | Last four digits of Social-Security No./Complete EIN or other Tax-I.D. No. (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**21700 Haggerty Road, Suite 100, Northville, Michigan**<br>ZIP CODE **48167** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Oakland County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**See Attached Schedule 1** | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other __Automotive equipment manufacturer__

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (Check one box)**

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☒ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(B).

**Filing Fee (Check one box)**

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Key Plastics L.L.C.** | |
|---|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **Eastern District Michigan Detroit** | Case Number: **00-44478-R** | Date Filed: **March 23, 2000** |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: **N/A** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **Key Plastics Finance Corp.** | Case Number: **Pending** | Date Filed: **12/15/08** |
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

**NOT APPLICABLE**

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

**NOT APPLICABLE**

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b).

X _____

Signature of Attorney for Debtor(s)                      Date

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No. (See Exhibit C attached hereto)

---

**Exhibit D**

**NOT APPLICABLE**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

**NOT APPLICABLE**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Key Plastics L.L.C.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X ~~signature~~<br>Signature of Attorney for Debtor(s)<br><br>Mark D. Collins (No. 2981)<br>Printed Name of Attorney for Debtor(s)<br><br>Richards, Layton & Finger, P.A.<br>Firm Name<br><br>One Rodney Square, Wilmington, DE 19801<br>Address<br><br>(302) 651-7700<br>Telephone Number<br><br>12/15/08<br>Date<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X ~~signature~~<br>Signature of Authorized Individual<br><br>John Wilson<br>Printed Name of Authorized Individual<br><br>Senior Vice President and Chief Financial Officer<br>Title of Authorized Individual<br><br>12/15/08<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# Schedule 1

## LOCATION OF PRINCIPAL ASSETS OF DEBTOR

| STATE/ COUNTRY | COUNTY/ RELEVANT JURISDICTION | STREET ADDRESS |
|---|---|---|
| MICHIGAN | Wayne County | 40300 Plymouth Road<br>Plymouth, MI 48170 |
| MICHIGAN | Livingston County | 1301 McPherson Park Drive<br>Howell, MI 48843 |
| MICHIGAN | Kent County | 5375 International Parkway<br>Grand Rapids, MI 49512 |
| MICHIGAN | Chippewa County | 1351 Industrial Park Drive<br>Sault Ste. Marie, MI 49783 |
| INDIANA | Blackford County | 1615 West McDonald Street<br>Hartford City, IN 47348 |
| PENNSYLVANIA | York County | 12367 Mt. Olivet Road<br>Felton, PA 17322-8449 |
| PENNSYLVANIA | York County | 3390 Farmtrail Road<br>York, PA 17406 |
| CHIHUAHUA, MEXICO | Chihuahua | Victor Hugo no. 300<br>Complejo Industrial Chihuahua,<br>Chihuahua, Mexico 31109 |
| CHIHUAHUA, MEXICO | Chihuahua | Leon Tolstoi no. 181<br>Complejo Industrial Chihuahua<br>Chihuahua, Mexico 31109 |

**Schedule 2**

**PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY THIS DEBTOR AND AFFILIATED DEBTORS IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE**

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Key Plastics Finance Corp. | 08-_____ ( ) | 12/15/08 |

On the date hereof, the affiliated entity listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
                    :

*In re*                            :       **Chapter 11**
                    :

**KEY PLASTICS L.L.C. (7449),**    :

                    :       **Case No. 08-_____ (   )**

                    :

          **Debtor.**            :

                    :
-------------------------------------------------------x

## EXHIBIT "C" TO VOLUNTARY PETITION

     1.     Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

     The Debtor does not believe it owns or possesses any real or personal property

that poses or is alleged to pose a threat of imminent and identifiable harm to the public

health or safety.  To the extent the Debtor has an interest in such property, to the best of

the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including,

without limitation, all environmental laws and regulations.

     2.     With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

     The Debtor is not aware of any real or alleged dangerous conditions existing on or

related to any real or personal property owned or possessed by the Debtor.

# CERTIFICATE OF RESOLUTION

I, John Wilson, a duly authorized officer of Key Plastics L.L.C, a Michigan limited liability company (the "Company"), hereby certify that the following resolutions were duly adopted by the sole managing member of the Company at a meeting of the board of directors thereof on October 27, 2008 in accordance with the provisions of the Michigan Limited Liability Company Act and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

**WRITTEN CONSENT
OF
THE MANAGING MEMBER
OF
KEY PLASTICS L.L.C.**

December 15, 2008

The undersigned, being the managing member (the "Managing Member") of Key Plastics L.L.C., a Michigan limited liability company (the "Company"), hereby, pursuant to the provisions of the Michigan Limited Liability Company Act, consents to, adopts and approves the following resolutions and each and every action effected thereby:

Restructuring Plan

WHEREAS, the Managing Member has determined it to be advisable and in the best interests of the Company, its creditors, employees, and other interested parties that the Company negotiate with Wayzata Investment Partners LLC ("Wayzata") and other holders of the 11-3/4% Senior Secured Notes due 2013 of Key Plastics (the "Senior Notes") a restructuring and recapitalization transaction with respect to the Company's existing debt obligations, utilizing an in-court plan of reorganization of the Company (the "Key Plastics Restructuring") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Company's default under the indenture governing the Senior Notes has resulted in a cross default under that certain Credit Agreement among the Company, The CIT Group/Business Credit, Inc., the several lenders from time to time parties thereto and Jefferies Finance LLC, dated March 12, 2007 (the "Revolving Credit Facility"); and

WHEREAS, the Managing Member has determined it to be advisable and in the best interests of the Company that, prior to the Key Plastics Restructuring, the Company replace the Revolving Credit Facility with a pre-petition term loan of up to $10 million.

NOW, THEREFORE, BE IT RESOLVED, the Chief Executive Officer, the Chief Financial Officer and any Senior Vice President of the Company (each, a "Proper Officer"), any one of whom may act without the joinder of any of the others, are hereby authorized, empowered and directed, in the name and on behalf of the Company, to continue to negotiate the terms of the Key Plastics Restructuring with Wayzata and such other holders of the Senior Notes as may be necessary or advisable;

RESOLVED, that the Proper Officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company to execute and verify the Company's petition under chapter 11 of the Bankruptcy Code and to cause the

same to be filed in the United States Bankruptcy Court for the District of Delaware at such time as the Proper Officer executing the petition shall determine;

RESOLVED, that the Key Plastics Restructuring, the performance thereof and the consummation of the transactions contemplated thereby are hereby authorized and approved and the Proper Officers, any one of whom may act without the joinder of any of the others, are hereby authorized, empowered and directed, in the name and on behalf of the Company, to negotiate and prepare all documents, solicit all votes, execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Proper Officer deems necessary, proper, or desirable in connection with the Key Plastics Restructuring, with a view to the successful prosecution of such case;

RESOLVED, that prior to the commencement of the Key Plastics Restructuring, any Proper Officer be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver a pre-petition term loan (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Proper Officer considers appropriate) providing up to $10 million of available funds to the Company on the terms and conditions such Proper Officer executing the same may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Proper Officer deems necessary, appropriate or advisable, such determination to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

RESOLVED, that in connection with the commencement of the Key Plastics Restructuring, any Proper Officer be, and hereby is, authorized, empowered, and directed to negotiate the use of cash collateral and to negotiate, execute, and deliver a debtor-in-possession loan facility (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Proper Officer considers appropriate) on the terms and conditions such Proper Officer executing the same may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Proper Officer deems necessary, appropriate or advisable, such determination to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

RESOLVED, that any Proper Officer, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to

cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's business and the implementation of the credit facilities referred to above, such determination to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and

RESOLVED, that each Proper Officer be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, as the case may be, to (and any such actions heretofore taken by any of them are hereby ratified, confirmed and approved in all respects): (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such officers to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

General Authority

RESOLVED, that the Proper Officers, any one of whom may act without the joinder of any of the others, be, and each hereby is, authorized and directed, in the name and on behalf of the Company, to take or cause to be taken all such further actions, including, without limitation, negotiating, signing, executing, and acknowledging all such further documents, certificates and instruments and paying all fees and other expenses or payments, in each case as such Proper Officer, in such Proper Officer's sole discretion, may determine to be necessary, appropriate or desirable in order to fulfill the intent and accomplish the purposes of the foregoing resolutions, such determination to be conclusively evidenced by the taking of any such further action.

<u>Ratification of Past Actions</u>

RESOLVED, that all acts and deeds of any Proper Officer taken prior to the date hereof to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]

IN WITNESS WHEREOF, the undersigned managing member of the Company has executed this Written Consent as of the date first set forth above.

KAC ACQUISITION COMPANY, as managing member

By: _____
Douglas G. Nyhoff
Chief Executive Officer

IN WITNESS WHEREOF, I have duly executed this Certificate this 15th day of December, 2008.

Key Plastics L.L.C.

By: John Wilson
Title: Chief Financial Officer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------x
:
*In re*                                    :     **Chapter 11**
:
**KEY PLASTICS L.L.C. (7449),**            :
:     **Case No. 08-_____ (   )**
:
      **Debtor.**                     :
:
--------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

      The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"). This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of December 1, 2008. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| BASF CORPORATION 100 Campus Drive Florham Park, NJ 07932 | John Byrd BASF CORPORATION 1609 Biddle Avenue Wyandotte, MI 48192 Phone: 248-641-1820 Fax: 248-641-7370 | Trade | | $1,412,113 |
| JING MEI AUTOMOTIVE (USA) INC 10415 United Parkway Schiller Parkway, IL 60176 | Bob Boyd JING MEI AUTOMOTIVE (USA) INC 10415 United Parkway Schiller Parkway, IL 60176 Phone: 248-703-7270 Fax: 847-671-5311 | Trade | | $1,315,844 |
| BASILIUS TOOL COMPANY 4338 South Avenue Toledo, OH 43615 | Scott Basilius BASILIUS TOOL COMPANY 4338 South Avenue Toledo, OH 43615 Phone: 419-536-5810 Fax: 419-536-0391 | Trade | | $478,975 |
| PHILLIPS SUMIKA 10001 Six Pines Drive The Woodlands, TX 77380 | Paul Kin PHILLIPS SUMIKA 28175 Haggerty Road Novi, MI 48377 Phone: 248-669-5030 Fax: 248-669-5504 | Trade | | $353,913 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| RHODIA POLYAMIDE CORP CN 1120 Cranberry, NJ 08512 | Paulo Motta RHODIA POLYAMIDE CORP CN 1120 Cranberry, NJ 08512 Phone: 609-860-3340 Fax: 609-860-5929 | Trade | | $167,065 |
| ZATKOFF SEALS AND PACKINGS 23230 Industrial Park Drive Farmington Hills, MI 48335 | Larry Cholody ZATKOFF SEALS AND PACKINGS 23230 Industrial Park Drive Farmington Hills, MI 48335 Phone: 248-478-2400 Fax: 248-478-3392 | Trade | | $125,787 |
| POLYONE CORPORATION 475 Millennium Blvd. SE Massillon, OH 44646 | Mike Arnold POLYONE CORPORATION 29933 Commerce Drive Chesterfield Township, MI 48051 Phone: 517-648-4839 Fax: 517-552-2899 | Trade | | $124,496 |
| RHETECH, INC. 1500 East North Territorial Rd. Whitmore Lake, MI 48189 | Ron Ross RHETECH, INC. 1500 East North Territorial Rd. Whitmore Lake, MI 48189 Phone: 586-786-3929 Fax: 586-786-6676 | Trade | | $124,331 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| PEROT SYSTEMS 2300 West Plano Parkway Plano, TX 75075 | Dave Skeltin PEROT SYSTEMS 40300 Plymouth Road Plymouth, MI 48170 Phone: 734-354-4646 Fax: 734-207-5425 | Trade | | $109,810 |
| TEK-CAST INC 245 Park Street Bensenville, IL 60106 | Chris Burke TEK-CAST INC 1652 Arthurs Court Trenton, MI 48183 Phone: 734-692-7190 Fax: 734-692-7191 | Trade | | $104,673 |
| BDO SEIDMAN, LLP 99 Monroe Ave. N.W. Suite 800 Grand Rapids, MI 48503-2698 | Bill Coyne BDO SEIDMAN, LLP 99 Monroe Ave. N.W. Suite 800 Grand Rapids, MI 48503-2698 Phone: 616-774-7000 Fax: 616-776-3680 | Trade | | $101,282 |
| DTE ENERGY P.O. Box 630795 Cincinnati, OH 45263-0795 | DTE ENERGY P.O. Box 630795 Cincinnati, OH 45263-0795 Phone: 800-477-4747 Fax: N/A | Trade | | $90,377 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| COMMERCIAL SPRING AND TOOL 160 Watline Ave. Mississauga, Ontario Canada L4Z 1R1 | Gary Ulicny COMMERCIAL SPRING AND TOOL 160 Watline Ave. Mississauga, Ontario Canada L4Z 1R1 Phone: 905-568-3899 Fax: 905-712-0005 | Trade | | $83,568 |
| DECO' PLATE 395 Demille Rd. Lapeer, MI 48446 | Mike Czuchra DECO' PLATE 395 Demille Rd. Lapeer, MI 48446 Phone: 810-667-3460 Fax: 810-376-8000 | Trade | | $72,123 |
| DYNACAST CANADA INC. 330 Avro Street Pointe-Claire, Quebec Canada H9R 5W5 | Glen Hewat DYNACAST CANADA INC. 330 Avro Street Pointe-Claire, Quebec Canada H9R 5W5 Phone: 514-694-5740 Fax: 514-694-0167 | Trade | | $68,849 |
| DIXON TOOL CO LTD 5420 Walker Rd. Oldcastle, Ontario N0R 1L0 | Al Dixon DIXON TOOL CO LTD 5420 Walker Rd. Oldcastle, Ontario N0R 1L0 Phone: 519-737-6698 Fax: 519-737-1701 | Trade | | $68,800 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| LUCK MARR PLASTICS 35735 Stanley Drive Sterling Heights, MI 48312 | Marco Pierobon LUCK MARR PLASTICS 35735 Stanley Drive Sterling Heights, MI 48312 Phone: 586-978-8498 Fax: 586-978-1022 | Trade | | $63,032 |
| MADISON TOOL INC. 3000 Michigan Road Madison, IN 47250 | Clark Shelley MADISON TOOL INC. 3000 Michigan Road Madison, IN 47250 Phone: 812-273-2250 Fax: 812-273-9219 | Trade | | $63,023 |
| PACKAGING SPECIALTIES 11350 Kaltz Street Warren, MI 48089 | Greg Patak PACKAGING SPECIALTIES 11350 Kaltz Street Warren, MI 48089 Phone: 586-758-5240 Fax: 586-758-3557 | Trade | | $57,400 |
| SPECIALTY INDUSTRIES, INC 175 East Walnut Street Red Lion, PA 17356 | Chris Ziegler SPECIALTY INDUSTRIES, INC 175 East Walnut Street Red Lion, PA 17356 Phone: 717-495-7231 Fax: 717-244-9566 | Trade | | $49,841 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| ELITE WELDING & FABRICATING P.O. Box 651 Dearborn Heights, MI 48127 | Verdie Spice ELITE WELDING & FABRICATING P.O. Box 651 Dearborn Heights, MI 48127 Phone: 313-291-2474 Fax: 313-291-2474 | Trade | | $49,235 |
| RICH INDUSTRIES INC 215 East Green Street Bensenville, IL 60106 | Rich Rogala RICH INDUSTRIES INC 215 East Green Street Bensenville, IL 60106 Phone: 630-766-2910 Fax: 630-766-2912 | Trade | | $47,689 |
| AMERICAN ELECTRIC POWER 4504 South Lincoln Blvd. Marion, IN. 46953-5512 | AMERICAN ELECTRIC POWER 4504 South Lincoln Blvd. Marion, IN. 46953-5512 Phone: 1-888-710-4237 Fax: N/A | Trade | | $43,208 |
| LYONDELLBASELL ADVANCED 100 South Mitchell Mansfield, TX 76063 | Dann Deaver LYONDELLBASELL ADVANCED 1200 Harmon Road Auburn Hills, MI 48326 Phone: 248-391-9519 Fax: 248-391-9517 | Trade | | $41,702 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| EPIC EQUIPMENT & ENGINEERING 14105 Rocco Shelby Township, MI 48315 | Steve Wilkins EPIC EQUIPMENT & ENGINEERING 14105 Rocco Shelby Township, MI 48315 Phone: 586-314-0020 Fax: 586-314-0025 | Trade | | $41,400 |
| LIGHTING COMPONENTS & DESIGN 692 South Military Trail Deerfield Beach, FL 33442 | Jon Cooper LIGHTING COMPONENTS & DESIGN 692 South Military Trail Deerfield Beach, FL 33442 Phone: 954-425-0123 Fax: 954-425-0110 | Trade | | $39,385 |
| WASHINGTON PENN PLASTICS CO 450 Race Track Road Washington, PA 15301 | Tom Korleski WASHINGTON PENN PLASTICS CO 3256 University Drive, Suite 15 Auburn Hills, MI 48326 Phone: 248-568-8188 Fax: 724-206-1340 | Trade | | $38,759 |
| JTEKT AUTOMOTIVE 5932 Commerce Blvd. Morristown, TN 37814-1051 | Brian Farmer JTEKT AUTOMOTIVE 5932 Commerce Blvd. Morristown, TN 37814-1051 Phone: 423-585-2576 Fax: 423-585-2502 | Trade | | $38,397 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted, & fax number | Nature of Claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| FASTCO INDUSTRIES INC 2685 Mullins Ave. Grand Rapids, MI 48544 | Joel Fields FASTCO INDUSTRIES INC 2685 Mullins Ave. Grand Rapids, MI 48544 Phone: 616-453-5428 Fax: 616-453-2490 | Trade | | $37,075 |
| FOSTER ELECTRIC AMERICA 1000 E. State Parkway, Suite G Schaumburg, IL 60173 | Paulette Manley FOSTER ELECTRIC AMERICA 1000 E. State Parkway Suite G Schaumburg, IL 60173 Phone: 847-310-8200 Fax: 847-310-8212 | Trade | | $35,120 |

Dated: December 15, 2008

By: John Wilson
Title: Chief Financial Officer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
:
*In re* : **Chapter 11**
:
**KEY PLASTICS L.L.C. (7449),** :
: **Case No. 08-_____ (   )**
:
**Debtor.** :
:
----------------------------------------------------------x

## DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer of Key Plastics L.L.C., named as the debtor

in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing

Consolidated List of Creditors Holding 30 Largest Unsecured Claims against Key Plastics L.L.C.

and Key Plastics Finance Corp., that have simultaneously commenced chapter 11 cases in this

Court and that the list is true and correct to the best of my information and belief.

Dated: December 15, 2008

_____
By: John Wilson
Title: Chief Financial Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
              :

*In re*                  :      **Chapter 11**

                   :

**KEY PLASTICS L.L.C. (7449),**    :

                   :      **Case No. 08-_____ (   )**

                   :

        **Debtor.**          :

                   :

---------------------------------------------------------------x

## DECLARATION CONCERNING CREDITOR MATRIX

     I, the undersigned authorized officer of Key Plastics L.L.C., named as the debtor in this case, declare under penalty of perjury that I have reviewed the consolidated Creditor Matrix of Key Plastics L.L.C. and Key Plastics Finance Corp., submitted with the petition of Key Plastics L.L.C., and that the list is true and correct to the best of my information and belief.

Dated:  December 15, 2008

                                    _____

                                    By: John Wilson

                                    Title: Chief Financial Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                       :
In re                                  :      Chapter 11
                                       :
KEY PLASTICS L.L.C. (7449),            :
                                       :      Case No. 08-_____ (   )
                                       :
           Debtor.                     :
                                       :
------------------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Key Plastics L.L.C., in the above captioned action, certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of Key Plastics L.L.C.'s equity interests:

- KAC Acquisition Company (100% of Key Plastics LLC common interest)

- Bank One, N.A. (11.9% of Key Plastics LLC Series A Preferred Units)

- Eaton Vance Corp. (Senior Debt Portfolio) (10.3% of Key Plastics LLC Series A Preferred)

Dated: December 15, 2008

_____
By: John Wilson
Title: Chief Financial Officer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------x
                                    :
```
*In re*                             :            **Chapter 11**

**KEY PLASTICS L.L.C. (7449),**     :
                                    :            **Case No. 08-_____ (   )**
                                    :
       **Debtor.**            :
                                    :
```
-------------------------------------------------------x
```

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, the undersigned authorized officer of Key Plastics L.L.C., named as the debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Key Plastics L.L.C., submitted herewith and that it is true and correct to the best of my information and belief.

Dated:  December 15, 2008

                                        _____

                                        By: John Wilson
                                        Title: Chief Financial Officer