IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
KEY PLASTICS L.L.C. (7449) and              :    Case No. 08-13324 (MFW)
KEY PLASTICS FINANCE CORP. (6717),          :
                                            :
            Debtors.                        :    Jointly Administered
                                            :    Re: Docket No. 216
---------------------------------------------------------------x

## FINAL DECREE CLOSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

Upon consideration of the motion (the "Motion") of Key Plastics L.L.C. ("Key Plastics") and Key Plastics Finance Corp. ("Finance Corp."), as reorganized debtors (collectively, the "Company" or the "Debtors"), pursuant to section 350(a) of the Bankruptcy Code,[1] Bankruptcy Rule 3022, and Local Rule 5009-1 seeking to close the Debtors' cases (the "Chapter 11 Cases"); and the Court having been satisfied that the Debtors have achieved consummation of their *Joint Prepackaged Plan of Reorganization of Key Plastics and Finance Corp., Proposed by Key Plastics and Finance Corp., dated and filed with the Court on December 15, 2008* (Docket. No. 11) (the "Prepackaged Plan"), and it appearing that the Debtors' estates have been fully administered; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties, and

---

[1] Capitalized terms used herein and not otherwise defined shall have the same meaning ascribed to them in the Motion.

no other or further notice being required; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the cases of Key Plastics, L.L.C., Case No. 08-13326 (MFW) and Key Plastics Finance Corp., Case No. 08-13324 (MFW) are hereby closed; and it is further

ORDERED that this Court's *Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases Entered on December 17, 2008* (Docket No. 2) is hereby modified to provide that matters in the chapter 11 case of Key Plastics, L.L.C., Case No. 08-13326 (MFW) shall no longer be jointly administered with or under the chapter 11 case of Key Plastics Finance Corp., L.L.C., Case No. 08-13324 (MFW); and it is further

ORDERED that entry of this Final Decree is without prejudice to the rights of the Debtors or any party in interest to seek to reopen the Debtors' Chapter 11 Cases for cause; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: December 10, 2009
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE